UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IULIU OROS, An individual, <br><br> Plaintiff, <br><br> v. <br><br> U.S. XPRESS ENTERPRISES, INC. (A California Corporation; and DOES 1 to 100, <br><br> Defendants. | CASE NO.: CV12-08817 GW (MANx) <br><br> **ORDER OF DISMISSAL** <br><br> JS-6 |

The parties having stipulated that the above-captioned action be dismissed with prejudice in its entirety as to all claims and all parties pursuant to Federal Rule of Procedure 41, the above-captioned action is hereby dismissed in its entirety with prejudice as to all claims and all parties. Each party shall bear their own attorneys' fees and costs.

Dated: December 28, 2012

_____
HON. GEORGE H. WU
United States District Judge